IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HARRINGTON PARTNERS LLC
D/B/A FIRST COAST MD A/A/O
JUDITH E. CHACON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D16-4476

v.

USAA CASUALTY INSURANCE
COMPANY,

Respondent.

_____/

Opinion filed February 6, 2017.

Petition for Writ of Certiorari.

Chad A. Barr of Law Office of Chad A. Barr, P.A., Altamonte Springs, for
Petitioner.

Douglas H. Stein of Association Law Group, P.L., Miami, for Respondent.

PER CURIAM.

DENIED on the merits.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.